# In the United States District Court
# For the Northern District of Alabama

LINDA FLOURNOY

)
)
)
)
)
Plaintiff,        )
)
)
)        3:05CV560-M
)        CIVIL ACTION NUMBER
VS                )
MERCK & COMPANY, INC., a New Jersey )
corporation        )        CV-05-HS-0968-E
)
Defendant.        )
)

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) <u>Merck & Co., Inc., a New Jersey Corporation</u>
_____ by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney

2