AO 440 (Rev. 10/93) Summons in a Civil Acti

# United States District Court

NORTHERN DISTRICT OF ALABAMA

LINDA FLOURNOY

**SUMMONS IN A CIVIL CASE**

V.

MERCK & COMPANY, INC.
A New Jersey Corporation

CASE NUMBER:

CV-05-HS-0968-E

3:05CV560-m

TO: MERCK & COMPANY, INC.
The Corporation Company, 2000
Interstate Park Drive
Suite 204
Montgomery, Alabama 36107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Craig L. Lowell
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PERRY D. MATHIS, CLERK

CLERK

(BY) DEPUTY CLERK

DATE 5-12-05

Clerk, U.S. District Court
Room 140, U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2040

3