# United States District Court

NORTHERN DISTRICT OF ALABAMA

LINDA FLOURNOY

V.

MERCK & COMPANY, INC.,
A New Jersey Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV-05-HS-0968-E

3:05CV560-M

TO: (Name and address of defendant)

MERCK & COMPANY, INC.
126 E. Lincoln Avenue
Rahway, NJ 07065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig L. Lowell
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street
Birmingham, Alabama 35203

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PERRY D. MATHIS, CLERK

CLERK

(BY) DEPUTY CLERK

DATE  5·12·05

Clerk, U.S. District Court
Room 140, U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2040

4