3:05CV560-m

CV-05-HS-0968-E

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merck & Company, Inc.
   The Corporation Co., 2000
   Interstate Park Drive
   Montgomery, Alabama  36107

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                    5-13-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   7003 2260 0000 4755 3187

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

5