CV-05-HS-0968-E

3:05CV560-m

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merck & Company, Inc.
   126 E. Lincoln Avenue
   Rahway, N.J. 07065

A. Signature
X  RC    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
5-17-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   7004 1160 0005 7642 4821

   6

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540