FILED
2005 May-24 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDA FLOURNOY | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:05CV560-M |
| | ) CASE NO. CV-05-HS-0968-E |
| vs. | ) |
| | ) |
| MERCK & COMPANY, INC., a New Jersey corporation | ) |
| | ) |
| Defendants. | ) |

## MOTION TO TRANSFER

Comes now Craig L. Lowell and hereby moves the Court to transfer this case to the Middle District of Alabama Eastern Division. As grounds for said motion, Plaintiff states following:

1. This case was inadvertently filed in the United States District Court Northern District of Alabama and should have been filed in the United States District Court For the Middle District of Alabama Eastern Division

WHEREFORE, Plaintiff prays that the Court will issue an Order directing the Clerk of Court to transfer this case from the United States District Court Northern District of Alabama (Birmingham Division to the United States District Court For the Middle District of Alabama Eastern Division.

RESPECTFULLY SUBMITTED,

_____
Craig L. Lowell (LOW020)

**OF COUNSEL**:
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 Nineteenth Street North
Birmingham, AL 35203
(205) 314-0500

**Please serve defendants at the following address:**
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109