FILED
2005 Jun-01 PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA FLOURNOY, an individual, | * | |
| | * | |
| Plaintiff, | * | 3:05CV560-M |
| | * | |
| v. | * | CV-05-HS-0968-E |
| | * | Honorable Virginia Emerson Hopkins |
| | * | |
| MERCK & CO., INC., a Foreign Corporation | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

Respectfully submitted,

s/ Alan T. Hargrove, Jr.
Alan T. Hargrove, Jr.
One of the Attorneys for Defendant
Merck & Co., Inc.

Robert C. Brock (ASB-5280-B61R)
F. Chadwick Morriss (ASB-8504-S75F)
Alan T. Hargrove, Jr. (ASB-7018-H46A)
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: RCB@rsjg.com (Brock)
Email: FCM@rsjg.com (Morriss)
Email: ATH@rsjg.com (Hargrove)

10

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Craig L. Lowell, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, IL  35203

                                            s/ Alan T. Hargrove, Jr.
                                            OF COUNSEL