**FILED**
2005 Jun-10 AM 08:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
2005 JUN 13 P 12: 05
HACKETT, CLK
CT COURT
DISTRICT ALA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

May 26, 2005

Debbie Hackett
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: CV-05-HS-968-E

Dear Ms. Hackett:

In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
Deputy Clerk

PDM:JLC

Enclosures

xc:   Counsel

11