UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

**Perry Mathis**
Clerk

**Sharon Harris**
Chief Deputy Clerk

May 26, 2005

Debbie Hackett
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: CV-05-HS-968-E

Dear Ms. Hackett:

In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
Deputy Clerk

PDM:JLC

Enclosures

xc:   Counsel