# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

May 24, 2005

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    <u>In re: VIOXX® Products Liability Litigation, MDL Docket No. 1657</u>

Dear Sir and Madam:

      Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's thirtieth notification of potential "tag-along actions" and includes cases that have been filed in or removed to federal court since May 20, 2005. Courtesy copies of the complaints and docket sheets for the following actions are enclosed.

1. *Crook v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01054 (N.D. Ala.)
2. *Flournoy v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00968 (N.D. Ala.)
3. *Hubbard v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00969 (N.D. Ala.)
4. *Landrum v. Merck & Co., Inc.*, C.A. No. 6:05-cv-01055 (N.D. Ala.)
5. *Slatton, et al v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01056 (N.D. Ala.)
6. *Beck v. Merck & Co., Inc.*, C.A. No. 5:05-cv-141 (E.D. Ark.)
7. *Bullard v. Merck & Co., Inc.*, C.A. No. 4:05-cv-739 (E.D. Ark.)
8. *Cook v. Merck & Co., Inc.*, C.A. No. 3:05-cv-90 (E.D. Ark.)
9. *Stover v. Merck & Co., Inc.*, C.A. No. 5:05-cv-143 (E.D. Ark.)
10. *Munro v. Merck & Co., Inc.*, C.A. No. 05-cv-6036 (W.D. Ark.)
11. *Fletcher v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03737 (C.D. Cal.)
12. *McDowell, et al v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03250 (C.D. Cal.)
13. *Remington v. Walgreen Co., et al*, C.A. No. 1:05-cv-00892 (D. Colo.)
14. *Kraszka, et al v. Merck & Co., Inc.*, C.A. No. 8:05-cv-00902 (M.D. Fla.)
15. *Lemon, et al v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00456 (M.D. Fla.)
16. *Kronacher, et al v. Merck & Co., Inc.*, C.A. No. 05-cv-21362 (S.D. Fla.)
17. *McCrary v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00062 (M.D. Ga.)
18. *Baker, et al v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00157 (M.D. Ga.)
19. *Cavender, et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01275 (N.D. Ga.)
20. *Cox v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00204 (D. Idaho)
21. *Stanberry v. Merck & Co., Inc.*, C.A. No. 3:05-cv-03123 (C.D. Ill.)
22. *Baker v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00208 (E.D. Ky.)
23. *Plunkett, et al v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00841 (W.D. La.)

**DEFENDANT'S EXHIBIT B**

Hughes Hubbard & Reed LLP

24. *Prettyman v. Merck & Co., Inc.*, C.A. No. 8:05-cv-00728 (D. Md.)
25. *Hintz v. Merck & Co., Inc.*, C.A. No. 0:05-cv-00948 (D. Minn.)
26. *Trotter, et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00122 (N.D. Miss.)
27. *Zelphis, et al v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00094 (N.D. Miss.)
28. *Dotson v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00316 (S.D. Miss.)
29. *Dueitt v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00133 (S.D. Miss.)
30. *Johnson v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00120 (N.D. Miss.)
31. *Banfield v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00753 (E.D. Mo.)
32. *Van Camp v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04159 (W.D. Mo.)
33. *Conroy, et al v. Merck & Co., Inc.*, C.A. No. CV-S-05-0629 (D. Nev.)
34. *Centrella v. Merck & Co., Inc.*, C.A. No. 1:05-cv-02469 (E.D. N.Y.)
35. *Haber v. Merck & Co., Inc.*, C.A. No. 1:05-cv-02392 (E.D. N.Y.)
36. *Maniram, et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-04792 (S.D. N.Y.)
37. *Sy v. Merck & Co., Inc.*, C.A. No. 1:05-cv-04887 (S.D. N.Y.)
38. *Benedict, et al v. Merck & Co., Inc.*, C.A. No. 3:05-cv-07214 (N.D. Ohio)
39. *Imrie, et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01180 (N.D. Ohio)
40. *Lee, et al v. Merck & Co., Inc.*, C.A. No. 3:05-cv-07224 (N.D. Ohio)
41. *March, et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01326 (N.D. Ohio)
42. *Bowe v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00499 (S.D. Ohio)
43. *Langdon v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00175 (S.D. Ohio)
44. *Hoffman v. Merck & Co., Inc.*, C.A. No. 6:05-cv-06146 (D. Or.)
45. *Dancy v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01142 (W.D. Tenn.)
46. *Hensley v. Merck & Co., Inc.*, C.A. No. 3:05-cv-01035 (N.D. Tex.)
47. *Schreer, et al v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01724 (S.D. Tex.)
48. *Cyphers v. Merck & Co., Inc.*, C.A. No. 05-cv-350 (W.D. Tex.)
49. *Hattenberger v. Merck & Co., Inc.*, C.A. No 05-cv-330 (W.D. Tex.)
50. *Maddox v. Merck & Co., Inc.*, C.A. No. 05-cv-351 (W.D. Tex.)
51. *Oden, et al v. Merck & Co., Inc.*, C.A. No. 05-cv-349 (W.D. Tex.)
52. *Murphy v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00448 (D. Utah)
53. *Reid v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00449 (D. Utah)

There is one new case filed in the transferee court.

1. *Jackson v. Merck & Co., Inc.*, C.A. No 2:05-cv-00987 (E.D. La.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

Hughes Hubbard & Reed LLP

1. *Isner v. Merck & Co., Inc.*, C.A. No. 1:05-cv-10328 (D. Mass.) was remanded to the Superior Court for Middlesex County, Massachusetts on May 24, 2005.

Respectfully submitted,

Cecily C. Williams

Enclosures