## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 16, 2005

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**        **Linda Flournoy v. Merck & Co., Inc.**

**Case Number:**     **#3:05-cv-00560-VPM**

**Referenced Document:**   **Document #13**
**Motion to Stay All Proceedings Pending Transfer Decision by the**
**Judicial Panel on Multidistrict Litigation by Merck & Co., Inc.**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The corrected pdf is attached to this notice.**