IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDA FLOURNOY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05CV560-M |
| ) | |
| ) | |
| MERCK & CO., INC., a Foreign ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On 15 June 2005, the defendant filed a Motion To Stay All Proceedings Pending Transfer Decision (Doc. # 13-4). For good cause, it is

ORDERED that the motion is GRANTED.

DONE this 23rd day of June, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE