## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2005

## NOTICE OF MDL FILE TRANSFER

Loretta G. Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

In Re: MDL 1657 Vioxx Products Liability Litigation
   Your Case No. C.A. 05-3112 L(3)
   MD of AL No. 1:05cv560-Flournoy v. Merck & Co. Inc.

In response to your letter dated July 28, 2005 please find a certified copy of the complaint, the docket sheet and the MDL Transfer Order, together with a copy of your transfer letter.

Sincerely,
DEBRA P. HACKETT, CLERK

By: Sheryl K. Lent
   Deputy Clerk

Enclosures

cc: Counsel of Record